**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

JONATHAN M. LOWNSBERRY,

    Plaintiff,

vs.

JOHN McNEIL LEES, *et al*,

    Defendants.
_____/

CASE NO: 06-13602

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE CHARLES E. BINDER

## ORDER FOR FURTHER PROCEEDINGS

The Court held an in-person conference on July 11, 2007. Plaintiff, who is currently proceeding *pro se*, was accompanied by his mother. It came to light during the conference that Plaintiff's mother is in the process of seeking legal guardianship of Plaintiff on the grounds of mental incompetence. The Court explained to Plaintiff and his mother that, although Rule 17(c) of the Federal Rules of Civil Procedure allows a guardian to sue on an incompetent person's behalf, it does not allow the guardian to be the legal representative of the incompetent person unless the guardian is an attorney. *See Navin v. Park Ridge School District 64*, 270 F.3d 1147 (7th Cir. 2001); *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997) ("[w]hile a non-attorney may appear *pro se* on his own behalf, he has no authority to appear as an attorney for others than himself"); *Osei-Afriyie v. Medical College of Pennsylvania*, 937 F.2d 876, 882 (3d Cir. 1991); *Cheung v. Youth Orchestra Foundation of Buffalo, Inc.*, 906 F.2d 59 (2d Cir. 1990); *Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986).) The Court instructed Plaintiff and his mother that it would allow 45 days for them to resolve this issue and to obtain counsel to represent Plaintiff.

Accordingly, **IT IS ORDERED** that the cased is **STAYED** for 45 days or until the Court receives notice from Plaintiff as to the status of the guardianship and legal representation issues. If these issues cannot be resolved in that time period, as the Court informed Plaintiff, the Court will recommend administrative closure of the case until those issues are resolved.

Review of this Order is governed by 28 U.S.C. § 636(b)(1), FED R. CIV. P. 72, and E.D. Mich. LR 72.1(d).

Dated: July 18, 2007

s/ *Charles E. Binder*
CHARLES E. BINDER
United States Magistrate Judge

**CERTIFICATION**

I hereby certify that this Order was electronically filed this date, electronically served on Joseph Kwiatkowski, James Mazrum, William Vogelzang and David Wallace, served of Jonathan Lownsberry by first class mail, and served on District Judge Ludington in the traditional manner.

Date: July 18, 2007          By      s/Jean L. Broucek
                                     Case Manager to Magistrate Judge Binder